Gregory Ackers
(Principal-Plaintiff)
503 W Olympic Bl.
Santa Monica,Ca 90401

THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Case: 1:18-cv-01296 Jury Demand
Assigned To : Unassigned
Assign. Date : 5/29/2018
Description: Pro Se Gen. Civil (F Deck)

CONSPIRACY

ESPIONAGE

FALSE STATEMENTS

GREGORY ACKERS
Principal Plaintiff

V.

JOHN KERRY

JAVAD ZARIF
Defendants

In the months of March,April & May of 2018, Dft John Kerry did act as an UNREGISTERED FOREIGN AGENT by CONSPIRING to engage in ESPIONAGE & by,subsequently, making FALSE STATEMENTS in relation to the aforementioned illegal & civilly-liable activities. In the commission of these activities,Dft Kerry did meet with Iranian Foreign Minister JAVAN ZARIF @ the

United Nations Headquarters to review diplomatic strategies designed to derail the current Presidential administrations plans to exit former-President Obamas non-proliferation agreement,known as the JOINT COMPREHENSIVE PLAN OF ACTION of July 14,2015. In so doing,Dft Kerry engaged as an actual diplomat & a quasi-negotiator,despite the fact that the Dft is un-registered as a FOREIGN AGENT,a diplomat or any sort of official/unofficial negotiator on behalf of the United States.

## VENUE & JURISDICTION

In re; Chapter 211 Sec. 3231,The District Courts of the U.S shall have JURISDICTION of all offenses against the laws of the USA.

In re; Chapter 211 Sec. 3239 (1-2-3) "Trial for any offense involving violation of ESPIONAGE,or any other related acts, must be adjudicated in D.C".

## THE PARTIES

PLAINTIFF GREGORY ACKERS is an American citizen,residing in Ca. Upon information of the Dfts violation of U.S. Natl security,Pltf was spurred to take action in order to obtain justice,within the framework of law & order.

DEFENDANT JOHN KERRY served as a U.S. Senator,as well as the U.S. Secretary of State. Presently,Dft Kerry acts as a private citizen,without any sort of REGISTRATION as a FOREIGN AGENT. Due to Dft Kerry's status as Private Citizen,he retains absolutely no Executive or Sovereign Immunity of any kind.

DEFENDANT JAVAD ZARIF currently serves the Government of the Islamic Republic of Iran as its sole Foreign Minister.

## THE CASE

Within the above-sited dates & locales, Dft Kerry acted illegally & without the informed consent of any appointed or elected element of the Executive Branch of the U.S. Govt, when meeting privately with the Iranian Foreign Minister Dft

Javad Zarif @ the United Nations Headquarters in New York City. As an unregistered Foreign Agt,Dft Kerry CONSPIRED with Dft Zarif to sabotage the JCPOA (Iran Nuclear Deal),in opposition to the President of The United States & the U.S. State Dept. All afore-mentioned activities were perpetrated by Dft Kerry inside of the United Nations HQ bldg in New York City. In re; UN HEADQUARTERS AGREEMENT,Dft Kerrys non-status as a UN-staffer,Foreign Agent,or appointed Diplomat guarantees no Jurisdictional United Nations status protecting Dfts Kerry or Zarif from civil or criminal liability.

CAUSES OF ACTION

COUNT 1

ESPIONAGE

In re; 18 USC Sec. 793(e), Dft John Kerry did engage by "being in unauthorized posession of information relating to the National Defense (which could well have been used to the advantage of a foreign nation), & by disseminating the information to an officer not entitled to receive it". In re; EXECUTIVE ORDER 13526; "information is CLASSIFIED, if it's owned,produced by & under control of the U.S. Govt". If any unauthorised disclosure may result in damage to the National Security, 32 C.F.R. 2001 & 2003 regulates the protection of Classified Information. Dft Kerry was certainly not,in the year of 2018, REGULATED or REGISTERED as a Foreign Agent within service of the United States. In this way,Dft Kerry did engage in the CRIMINAL & CIVIL Liabilities as described above.

COUNT 2

CONSPIRACY

In re; 18 USC Sec. 371,Dfts Kerry & Zarif met in order to CONSPIRE to defraud the U.S. in re; The Joint Comprehensive Plan of Action (Iran nuclear deal). Dfts acted thusly,in order to contravene regulation & review of contractual-status in re; JCPOA. Dft Kerry,during his previous assignment as U.S. Secretary of State, acted as initial negotiator of JCPOA & was a publicly vocal opponent of the deals possible demarcation by the Trump administration. During the months of March,April &

May of 2018, Dfts Kerry & Zarif met @ United Nations Headquarters in order to stanch any decisions by the U.S. Govts Executive Branch about the veracity of The Islamic Republic of Iran,in re; JCPOA. In so doing,Dft Kerry was in violation of 18 USC

Sec. 953: The LOGAN ACT,whereby; "unauthorized negotiation with foreign Govts in dispute with the U.S. is UNLAWFULL". In re; CIVIL CONSPIRACY, the 2 Dfts,(respectively), in acting as a former U.S. Secretary of State & current Iranian Foreign Minister,were indubitably aware of the active CIVIL LIABILITY in re; their co-CONSPIRACY.

COUNT 3

FALSE STATEMENTS

In re; 18 USC Sec. 1001,Dft Kerry did make public statements in denial of his aforementioned civil liability,occurring in CONSPIRACY with the Iranian Foreign Minister. During negotiation of JCPOA,Dft Kerry stated that "since 2003,Iran has not been engaged in development of Nuclear weapons". In May of 2018,President Trump contravened Dft Kerrys remarks by withdrawing the U.S. from JCPOA,due to the Government of the Islamic Republic of Irans violation of JCPOA's stated protocol. To the date of this civil complaint,Dft Kerry stands in denial of CONSPIRACY with Dft Zarif, in violation of The Logan Act.

PRAYER FOR DAMAGES

In re; 28 USC 517 & C.F.R. 50.15/50.16: Dfts Kerry & Jarif are being sued within their respective INDIVIDUAL CAPACITIES. Pltf prays to the District for PUNITIVE,ADMINISTRATIVE & COMPENSATORY DAMAGES amounting to the costs & value of the legal proceedings,as well as the monetary value of any & all financial & other tangible & intangible assets/resources provided to the Government of the Islamic Republic of Iran by the United States following the day of July 14,2015. These, to be paid by the Defendants to the Plaintiff(s) in entirety. In addition,Pltf prays to the District for:

(a) The reasonable attorneys fees.

(b) All costs & expenses of the action.

(c) An award of pre- & post- judgement interest.

(d) Such other,further relief as the District deems just & proper.

In re; RULE 38(b) of FRCP, Plaintiff prays for JURY TRIAL within the U.S. District at the soonest possible juncture. In re; 35 USC Sec. 284, Pltf prays for damages sufficient to compensate for enhancement due to willfull infringement by Dfts of the U.S. code. Pltf prays that his case be found EXCEPTIONAL by District,in re;35 USC Sec. 285.

Respectfully submitted the day of May 20,2017

Gregory Ackers

signed,____________________